**CSD 1001A** [11/15/04]

Name, Address, Telephone No. & I.D. No.

Law Offices of John C. Colwell State Bar No. 118532
Daniel J. Wiedecker, State Bar No. 244210
Alison M. Jones, State Bar No. 259546
Christopher R. Bush, State Bar No. 243471
121 Broadway, Suite 533
San Diego  CA, 92101 (619)238-1500 FAX(619)338-9215
www.debtclinic.com  drlc@debtclinic.com

Order Entered on April 16, 2012 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Jonathan Baucan Aquino and Corazon Abaeo Aquino

Debtor.

BANKRUPTCY NO. 10-17879-MM13

Date of Hearing: NONE SET
Time of Hearing:
Name of Judge: Hon. Margaret M. Mann

## ORDER ON

### Objection to Claim of HSBC Bank Nevada N.A.

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 42

//

//

//

//

//

//

DATED: April 13, 2012

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

*/s/ Margaret M. Mann*

Judge, United States Bankruptcy Court

Submitted by:

The Law Offices of John C. Colwell
(Firm name)

By: Christopher R. Bush
    Attorney for  [X] Movant  [ ] Respondent

**CSD 1001A**

```
CSD 1001A [11/15/04](Page 2)
ORDER ON OBJECTION TO CLAIM OF HSBC BANK NEVADA N.A.
DEBTOR: Jonathan Baucan Aquino and Corazon Abaeo Aquino        CASE NO: 10-17879-MM13
```

Upon the filing of the objection by Jonathan Baucan Aquino and Corazon Abaeo Aquino, hereafter "Debtors," to the claim of HSBC Bank N.A., hereafter "Creditor", classified by the above-entitled Court as Court Claim Number 3, filed for $2023.95, the objection to claim having been filed with the Clerk of the Bankruptcy Court, with notice of said claim objection, and proof of service accomplished under FRBP 7004(h)(1) on March 7, 2012, and with no Creditor Opposition to the Objection to Claim and Notice Thereof, and for good cause appearing thereof;

IT IS ORDERED, ADJUDGED AND DECREED that Court Claim Number 3, filed by Creditor, for $2023.95, shall be allowed only as a general unsecured claim.

IT IS FURTHER ORDERED that Law Offices of John C. Colwell, attorney for Debtor, shall be allowed attorney fees in the sum of $250.00 to be paid by the Trustee through the administration of the plan as an administrative expense.

```
CSD 1001A
```

Signed by Judge Margaret M. Mann April 13, 2012